HENRY C. BURNSTINE, Suing Individually and in the Name and on Behalf of PLAYLAND HOLDING CORPORATION, Appellant, v. PLAYLAND HOLDING CORPORATION, Appellant, and A. JOSEPH GEIST, Respondent.— Orders unanimously reversed, with twenty dollars costs and disbursements, and motions of plaintiff and of the defendant Playland Holding Corporation granted. (See *Ritter* v. *Mountain Camp Holding Corp.*, 252 App. Div. 602; *Morris* v. *Windsor Trust Co.*, 213 N. Y. 27, and *Topas* v. *John MacGregor Grant, Inc.*, 18 F. [2d] 724.) Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

LILLIE LAGATTUTA and FANO LAGATTUTA, Respondents, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment, so far as appealed from, reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff Lillie Lagattuta stipulates to reduce the judgment as entered in her favor to the sum of $1,165.35; in which event the judgment as so modified is affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and dismiss the complaint, on the ground that there was no actionable negligence on the part of the defendant.— Settle order on notice.

WATERFALLS PAPER MILLS, Respondent, v. BOSTON AND MAINE RAILROAD, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

ROSE CONONICA, Respondent, v. IDA GURLAND, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

EDWARD FURMAN, Appellant, v. OLIVE GROVES FURMAN, Also Known as OLIVE KRAUSS, and THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VANDERBILT AVENUE REALTY CORPORATION, Respondent, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes for Year 1928 — Lots 21, 30, 34.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. VANDERBILT AVENUE REALTY CORPORATION, Respondent, v. JAMES J. SEXTON and Others, as Commissioners, etc., Appellants. (Taxes for Year 1930 — Lots 21, 30, 34.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. VANDERBILT AVENUE REALTY CORPORATION, Respondent, v. JAMES J. SEXTON and Others, as Commissioners, etc., Appellants. (Taxes for Year 1931 — Lots 21, 30, 34.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

LOUDON MACNEILL MCLEAN and Others, Appellants, v. O'BRIEN-PADAWER, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

LILLIAN REILLY, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE Co., Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.